**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ZAVALA LICENSING LLC, | § § | |
| Plaintiff, | § § | Case No: 2:18-cv-544-JRG |
| vs. | § § | PATENT CASE |
| ERICSSON INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss Under Fed. R. Civ.P. 41(a)(2). (Dkt. No. 6.) Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims against Ericsson Inc. **are DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees and costs are to be borne against the party that incurred them. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE